UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:25-CR-106-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMANDA LEE BANISTER | ) | |
| Defendant | ) | |

    This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for October 8, 2025, in Raleigh. The case is hereby CONTINUED to November 2025 in Raleigh, North Carolina.

This __28__ day of __August__ 2025.

                                              James C. Dever III
                                              U.S. District Judge